THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | ORDER |
| v. | |
| ROSA GRANADOS, | |
| Defendant. | |

This matter comes before the Court on the Government's request for leave to dismiss charges (Dkt. No. 79). The Government seeks leave to dismiss all pending charges in this matter against Defendant Rosa Granados. (*Id*.) Pursuant to Federal Rule of Criminal Procedure 48(a), the Court GRANTS the Government leave to dismiss all pending charges in this matter against Defendant Rosa Granados without prejudice. The Court further ORDERS that the outstanding warrant for Defendant Rosa Granados be quashed.

DATED this 2nd day of January 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR13-0238-JCC
PAGE - 1